**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SAUL MARIO GONZALEZ, | ) | NO. CV 17-3051-AB(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| S. HATTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and dismissed with prejudice.

DATED: March 29, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE